UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KHAMCHANH PHANSISAY,<br><br>                Petitioner,<br>    v.<br><br>LAURA HERMOSILLO et al.,<br><br>                Respondents. | CASE NO. 2:26-cv-00795-DGE<br><br>ORDER ON BRIEFING SCHEDULE REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 4) |

Before the Court is Petitioner Khamchanh Phansisay's motion for temporary restraining order ("TRO"). (Dkt. No. 4.) Petitioner seeks to enjoin Respondents from detaining him at his upcoming immigration check-in appointment on March 17, 2026, arguing such detention would violate his procedural due process rights. (*Id.* at 2, 14.)

The Court shall set the following briefing schedule:

1. Respondents' response brief is due by 12:00 p.m. on Friday, March 13, 2026.

2. Petitioner's traverse is due by 12:00 p.m. on Sunday, March 15, 2026.

ORDER ON BRIEFING SCHEDULE REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 4) - 1

3. A remote hearing on the motion for TRO is tentatively set for Monday, March 16, 2026 at 10:30 a.m.

However, the Court directs the Parties to meet and confer regarding Petitioner's motion for TRO. **If the Parties can agree on a different briefing schedule, they SHALL file a stipulated proposed briefing schedule with the Court, along with any other stipulations the Parties may agree on for the pendency of this case.** If the Parties cannot reach agreement on a briefing schedule, then the Parties shall abide by the briefing schedule in this Order.

Dated this 11th day of March, 2026.

David G. Estudillo
United States District Judge

ORDER ON BRIEFING SCHEDULE REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 4) - 2