UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KHAMCHANH PHANISAY,

                         Petitioner,

        v.

LAURA HERMOSILLO et al.,

                       Respondents.

CASE NO. 2:26-cv-00795-DGE

MINUTE ORDER

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On March 13, 2026, Respondents filed a declaration from Enforcement and Removal Operations ("ERO") Deportation Officer Javier Delgado in support of their response to Petitioner's motion for temporary restraining order. (Dkt. No. 12.) Officer Delgado declared that although ERO anticipated taking Petitioner into custody for removal on or around March 17, 2026, Petitioner could "report to ERO Seattle/Tacoma to be taken into custody for removal on March 25, 2026. (*Id.* at 2.)

MINUTE ORDER - 1

At today's hearing on Petitioner's motion for a temporary restraining order, Respondents' counsel confirmed Respondents will not detain Petitioner before March 25, 2026. Based on the Parties' stipulation, the Court hereby ORDERS:

1.  The Parties are directed to meet and confer as to whether Petitioner is required to report for a check-in on March 17, 2026.

2.  Respondents SHALL NOT make any attempt to take Petitioner into custody before March 25, 2026.

3.  Today's hearing on Petitioner's motion for temporary restraining order has been set over until March 19, 2026 at 10:30 a.m. Petitioner's motion for temporary restraining order (Dkt. No. 4) remains under advisement.

4.  The Parties are directed to file a joint status report no later than March 18, 2026 at 3:00 p.m. as to whether the March 19, 2026 hearing should go forward or whether the Parties have reached an agreement on how to proceed.

Dated this 16th day of March, 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2