UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KHAMCHANH PHANISAY,

                    Petitioner,

     v.

LAURA HERMOSILLO et al.,

                    Respondents.

CASE NO. 2:26-cv-00795-DGE

MINUTE ORDER

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Court previously directed the Parties to file a joint status report as to whether today's hearing for Petitioner's motion for temporary restraining order should go forward or whether the Parties had reached an agreement on how to proceed. (Dkt. No. 15.) The Parties filed a joint status report indicating they had reached an agreement (*see* Dkt. No. 17), and the Court confirmed said agreement at today's hearing. Based on the Parties' stipulation, the Court hereby ORDERS:

MINUTE ORDER - 1

1. The hearing on Petitioner's motion for temporary restraining order is rescheduled for April 3, 2026 at 1:30 p.m. via Zoom.  Petitioner's motion for temporary restraining order (Dkt. No. 4) remains under advisement.

2. The Return and Traverse filing deadlines for Petitioner's habeas petition identified in the Scheduling Order (Dkt. No. 2) are STRICKEN.  The Parties acknowledge that the decision on Petitioner's motion for temporary restraining order effectively decides Petitioner's habeas petition.

3. Respondents SHALL NOT make any attempt to take Petitioner into custody before April 6, 2026.

4. Petitioner will purchase, if he has not already, a ticket to Laos, scheduled to depart on April 6, 2026.

5. The Court expects to issue a ruling on Petitioner's motion for temporary restraining order on April 3, 2026 after the hearing.

   a. If the Court denies Petitioner's motion, Petitioner should expect to travel on April 6, 2026.  If Petitioner fails to travel on April 6, 2026, Respondents may detain Petitioner to effectuate removal.

   b. If the Court grants Petitioner's motion, further instructions will be provided in the Court's order.

6. This order does not impact any other avenues of relief that Petitioner is currently pursuing, to include a motion to stay before the immigration court or a motion to reopen his removal proceedings.

Dated this 19th day of March, 2026.

MINUTE ORDER - 2

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 3