District Judge David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KHAMCHANH PHANSISAY,

                    Petitioner,

        v.

LAURA HERMOSILLO, *et al.*,

                    Respondents.

Case No. 2:26-cv-00795-DGE

ORDER GRANTING PETITIONER'S MOTION TO DISMISS WITHOUT PREJUDICE (DKT. NO. 22)

THIS MATTER having come before the Court on Petitioner Khamchanh Phansisay's Motion to Dismiss Without Prejudice.

The Court, having considered Petitioner's Motion and all papers filed in support and in opposition, and the Court being otherwise fully apprised; it is hereby ORDERED:

1. Petitioner's Motion to Dismiss (Dkt. No. 22) is GRANTED. Petitioner's Writ of Habeas Corpus (Dkt. No. 1) and Petitioner's Motion for Temporary Restraining Order (Dkt. No. 4) are dismissed without prejudice.

2. Pursuant to the Parties' agreement on file with this Court (*see* Dkt. No. 20), Respondents shall not make any attempts to detain nor remove Petitioner during the pendency of the Parties' Joint Motion to Reopen currently proceeding in the Tacoma

ORDER GRANTING PETITIONER'S MOTION TO
DISMISS WITHOUT PREJUDICE (DKT. NO. 22) - 1
2:26-cv-00795-DGE

Immigration Court.

Dated this 10th day of April, 2026.

David G. Estudillo
United States District Judge

ORDER GRANTING PETITIONER'S MOTION TO
DISMISS WITHOUT PREJUDICE (DKT. NO. 22) - 2
2:26-cv-00795-DGE